**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 04-7299**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ERNEST BROWN,

Defendant - Appellant.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore.  Marvin J. Garbis, Senior District Judge. (CR-97-15-MJG)

_____

Submitted:  November 4, 2004      Decided:  November 10, 2004

_____

Before WILKINSON, MOTZ, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Ernest Brown, Appellant Pro Se.  Jamie M. Bennett, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ernest Brown appeals the district court's order denying without prejudice the motion for reconsideration of the denial of the motion for a certificate of appealability. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See <u>United States v. Brown</u>, No. CR-97-15-MJG (D. Md. July 16, 2004). To the extent Brown seeks reconsideration in this court of the denial of the motion for a certificate of appealability, we deny reconsideration. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>